Angel S. Fears & Anthony W. Fears    No. CIV-21-0147-HE

Plaintiffs

vs.

Tyson Foods, Inc

FILED
SEP 2 4 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## Amended complaint

In May of 2020, Anthony W Fears was placed on medical leave from Tyson Foods due to the mask mandate. He was having panic attacks, hyperventilation, and his kidneys were being overworked due to wearing 3 layer paper masks. When asked to wear a different style mask as ordered by the Tyson Clinic Doctor, manager told Anthony Fears "You will wear what we tell you or you will not work." Anthony was then placed on medical leave until the mask mandate was lifted, or until Tyson allowed him to wear a mask he could. In May of 2021 he was terminated 2 days after the state mask mandate had been lifted, due to not wearing the 3 layer paper masks.

In May of 2020, Angel S. Fears, was placed on medical leave from tyson Foods due to the mask mandate. She was having severe asthma attacks, and panic attack due to claustrophobia (which Tyson knew of since she was hired, as per medical exam prior to being hired), due to the 3 layer paper masks. When asked to wear a different mask as ordered by the Tyson Clinic Doctor,

manger told her "You will do as what we tell you or you don't work either" Angel was then placed on medical leave until the mask mandate was lifted or Tyson allowed her to wear a different mask. In May of 2021, Angel Fears was fired 2 days after the state mask mandate was lifted. Due to being unable to wear mask they required.

Anthony W. Fears and Angel S. Fears cannot wear the 3 layer paper mask as ordered by a licensed doctor and asked for a reasonable accomadition that other companies allowed.

Signed,

Angel Fears

09-24-2021