# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGEL S. FEARS, *et al.*, | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| vs. | )   NO. CIV-21-0147-HE |
| | ) |
| TYSON FOODS, INC., | ) |
| | ) |
|       Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date, this case is dismissed.

**IT IS SO ORDERED**.

Dated this 10th day of May, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE